ACCO,(FFMx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:19–cv–09352–JAK–FFM

| | |
|---|---|
| Seth Manders v. Volkswagen Group of America Inc. et al | Date Filed: 10/30/2019 |
| Assigned to: Judge John A. Kronstadt | Date Terminated: 11/12/2019 |
| Referred to: Magistrate Judge Frederick F. Mumm | Jury Demand: Plaintiff |
| Case in other court:  Los Angeles County Superior Court, 19STCV34080 | Nature of Suit: 890 Other Statutory Actions |
| Cause: 28:1441 Notice of Removal | Jurisdiction: Federal Question |

**Plaintiff**

**Seth Manders**  represented by  **Amy–Lyn Morse**
*an individual*  
Knight Law Group LLP
10250 Constellation Boulevard Suite 2500
Los Angeles, CA 90067
310–552–2250
Fax: 310–552–7973
Email: amym@knightlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Fred D Heather**
Glaser Weil Fink Jacobs Howard Avchen and Shapiro LLP
10250 Constellation Boulevard 19th Floor
Los Angeles, CA 90067
310–282–6285
Fax: 310–758–3585
Email: fheather@glaserweil.com
*ATTORNEY TO BE NOTICED*

**Paul R Kiesel**
Kiesel Law LLP
8648 Wilshire Boulevard
Beverly Hills, CA 90211–2910
310–854–4444
Fax: 310–854–0812
Email: kiesel@kiesel.law
*ATTORNEY TO BE NOTICED*

**Sharon J Arkin**
The Arkin Law Firm
1720 Winchuck River Road
Brookings, OR 97415
541–469–2892
Fax: 866–571–5676
Email: sarkin@arkinlawfirm.com
*ATTORNEY TO BE NOTICED*

**Steve Mikhov**
Knight Law Group LLP
10250 Constellation Boulevard Suite 2500

Los Angeles, CA 90067
310–552–2250
Fax: 310–552–7973
Email: stevem@knightlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | |
|---|---|
| **Volkswagen Group of America Inc.**<br>*a New Jersey corporation* | represented by **Alexa M Lawson–Remer**<br>Sullivan and Cromwell LLP<br>1888 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310–712–6600<br>Fax: 310–712–8800<br>Email: lawsonr@sullcrom.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Kian Tamaddoni**<br>Sullivan and Cromwell LLP<br>1870 Embarcadero Road<br>Palo Alto, CA 94303<br>650–461–5616<br>Fax: 650–461–5700<br>Email: tamaddonik@sullcrom.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Diane Lee McGimsey**<br>Sullivan and Cromwell LLP<br>1888 Century Park East Suite 2100<br>Los Angeles, CA 90067<br>310–712–6600<br>Fax: 310–712–8800<br>Email: mcgimseyd@sullcrom.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**LAD–V LLC**
*a California Limited Liability Company*
*doing business as*
Volkswagen of Downtown L.A.

**Defendant**

**Does**
*1 through 10, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2019 | 1 | NOTICE OF REMOVAL from Los Angeles Superior Court, case number 19STCV34080 Receipt No: 0973–24701409 – Fee: $400, filed by Defendant Volkswagen Group of America Inc.. (Attachments: # 1 Exhibit Ex. A – Service of Process, # 2 Exhibit Ex. B – Complaint, # 3 Exhibit |

| | | |
|---|---|---|
| | | Ex. C – Superior Court Docket and Case File) (Attorney Diane Lee McGimsey added to party Volkswagen Group of America Inc.(pty:dft))(McGimsey, Diane) (Entered: 10/30/2019) |
| 10/30/2019 | 2 | CIVIL COVER SHEET filed by Defendant Volkswagen Group of America Inc.. (McGimsey, Diane) (Entered: 10/30/2019) |
| 10/30/2019 | 3 | *Certification and* NOTICE of Interested Parties filed by Defendant Volkswagen Group of America Inc., identifying Volkswagen AG, Volkswagen Group of America Chattanooga Operations, LLC, Audi AG, US Department of Justice, United States Environmental Protection Agency, State of California, California Department of Justice and California Air Resources Board. (McGimsey, Diane) (Entered: 10/30/2019) |
| 10/30/2019 | | CONFORMED COPY OF ELECTRONICALLY FILED COMPLAINT filed by Plaintiff Seth Manders against Defendants Volkswagen Group of America Inc., LAD–V LLC., Does 1 through 10. (FILED IN STATE COURT ON 09/23/2019 SUBMITTED ATTACHMENT NO. 2 OF EXHIBIT B TO NOTICE OF REMOVAL 1 ). (jp) (Entered: 10/31/2019) |
| 10/30/2019 | | CONFORMED COPY OF ELECTRONICALLY FILED PROOF OF SERVICE Executed by Plaintiff Seth Manders, upon Defendant LAD–V LLC., a California Limited Liability Company dba Volkswagen of Downtown L.A., served on 9/30/2019, answer due 10/21/2019. Service of the Summons and Complaint were executed upon Carlos Paz, Agent for National Registered Agents, Inc., in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (FILED IN STATE COURT ON 10/7/2019 SUBMITTED ATTACHMENT NO. 1 OF EXHIBIT A TO NOTICE OF REMOVAL 1 ). (jp) (Entered: 10/31/2019) |
| 10/30/2019 | | CONFORMED COPY OF ELECTRONICALLY FILED PROOF OF SERVICE Executed by Plaintiff Seth Manders, upon Defendant Volkswagen Group of America, Inc., a New Jersey Corporation served on 9/30/2019, answer due 10/21/2019. Service of the Summons and Complaint were executed upon Becky DeGeorge, Agent for CSC in compliance with California Code of Civil Procedure by personal service. Original Summons NOT returned. (FILED IN STATE COURT ON 10/7/2019 SUBMITTED ATTACHMENT NO. 1 OF EXHIBIT A TO NOTICE OF REMOVAL 1 ). (jp) (Entered: 10/31/2019) |
| 10/30/2019 | | CONFORMED COPY OF ELECTRONICALLY FILED ANSWER to Complaint filed by Defendant Volkswagen Group of America Inc. (FILED IN STATE COURT ON 10/29/2019 SUBMITTED ATTACHED NO. 3 OF EXHIBIT 2 TO NOTICE OF REMOVAL 1 ). (jp) (Entered: 10/31/2019) |
| 10/31/2019 | 4 | NOTICE OF ASSIGNMENT to District Judge John A. Kronstadt and Magistrate Judge Frederick F. Mumm. (jp) (Entered: 10/31/2019) |
| 10/31/2019 | 5 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (jp) (Entered: 10/31/2019) |
| 10/31/2019 | 6 | STANDING ORDERS FOR CIVIL CASES ASSIGNED TO JUDGE JOHN A. KRONSTADT by Judge John A. Kronstadt. Please read each Order carefully as they differ in some respects from the Local Rules. Counsel are advised that the Court, at any time, may amend one or more of its Standing Orders. It is the responsibility of counsel to refer to this Court's Procedures and Schedules found on the website for the United States District Court, Central District of California (www.cacd.uscourts.gov) to obtain the operative order. The Court thanks the parties and their counsel for their anticipated cooperation in carrying out these requirements. (ake) (Entered: 10/31/2019) |
| 10/31/2019 | 7 | ORDER SETTING RULE 16(b)/26(f) SCHEDULING CONFERENCE by Judge John A. Kronstadt. Counsel shall file a Joint Report consistent with this Order. A hearing is not necessary and, therefore, the matter is taken under submission. Upon review of the Joint Report, a scheduling order will be issued. Rule 26 Meeting Report due by 1/31/2020. (ake) (Entered: 10/31/2019) |

| | | |
|---|---|---|
| 11/12/2019 | 8 | CONDITIONAL TRANSFER ORDER (CTO– 153) from the United States Judicial Panel on Multidistrict Litigation, MDL 2672, transferring case to USDC, Northern District of California at San Francisco and assigned to Honorable Charles R. Breyer. Case transferred electronically. (MD JS–6. Case Terminated.) (bm) (Entered: 11/13/2019) |
| 11/13/2019 | 9 | TRANSMITTAL LETTER – MDL CASE TRANSFER OUT: A certified copy of the MDL 2672 Transfer Order with electronic docket sheet sent to USDC Northern District of California at San Francisco on 11/13/19. (bm) (Entered: 11/13/2019) |